UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ASIA BRISCOE, as the Natural Tutrix of the minor child, Jon'tavious Lamar Briscoe | CIVIL ACTION NO. _____ |
| VERSUS | JUDGE _____ |
| CITY OF LAKE CHARLES, ET AL | MAGISTRATE _____ |

### NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA:

Notice is hereby given pursuant to *28 U.S.C. § 1441 and § 1446* that Defendants, CITY OF LAKE CHARLES (the City), LAKE CHARLES POLICE DEPARTMENT (LCPD), CHIEF SHAWN CALDWELL (Caldwell), OFFICER JONATHAN LANDRUM (Landrum) and XYZ INSURANCE COMPANY (XYZ), reserving the right to plead and except further herein, hereby remove this civil action from the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, to the United States District Court for the Western District of Louisiana, Lake Charles Division. In support thereof, Movers respectfully aver that:

1.

On or about May 17, 2019, Plaintiff, Asia Briscoe, filed a civil action in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana entitled "*Asia

*Briscoe, as the natural tutrix of the minor child, Jon'tavious Lamar Briscoe v. City of Lake Charles, Lake Charles Police Department, Chief Shawn Caldwell, Officer Jonathan Landrum and XYZ Insurance Company,*" bearing suit No. 2019-2446. Copies of the Citation and Petition for Damages in that action are attached to this Notice of Removal and constitute all process served upon Defendants or filed by Plaintiff in this action. The City, LCPD, Caldwell, Landrum and XYZ were named Defendants.

2.

The City, LCPD, Caldwell and Landrum were personally served on June 3, 2019, a date within thirty (30) days from the date of the filing of this Notice of Removal. XYZ was not served and service was not requested upon them. Plaintiff's Petition merely included that entity to show their intent to include an insurance carrier unknown to them in this lawsuit, but, in an abundance of caution and to insure unanimity in the Defendant's removal, they are included herein.

3.

The City, LCPD, Caldwell, Landrum and XYZ were identified as Defendants in paragraph 2 of the Plaintiff's Petition and all join in and expressly consent to the removal of that Petition to this Court.

4.

Plaintiff alleged in paragraphs 9, 11, 57, 58, 59, 64 and 71 of their Petition that this action is brought pursuant to the 4th Amendment and 14th Amendment of the Constitution of the United States of America, challenging the conduct of a Lake Charles police officers as allegedly violating the civil rights of Plaintiff while acting under the

color of law as authorized law enforcement officers. Plaintiff further alleged in paragraphs 11, 19, 49, 50, 51, 53, 64, 78 and 79 that these actions violate *42 U.S.C. § 1983*. Plaintiff also asserted causes of action under state law.

5.

This civil action contends that it arises under the constitution and laws of the United States within the meaning of *28 U.S.C. §1331*, and is thus removable under *28 U.S.C. §1441(c) and 1443(2)*.

6.

This action is properly removed to this Court as the State Court action is pending within this District and Division. See *28 U.S.C. § 1441(a)*.

7.

Pursuant to *28 U.S.C. § 1446(d)*, a true copy of this Notice of Removal and a State Court Notice of Removal are being filed contemporaneously with the Clerk of the 14th Judicial District Court of the Parish of Calcasieu, State of Louisiana.

WHEREFORE, Movers, City of Lake Charles, Lake Charles Police Department, Chief Shawn Caldwell, Officer Jonathan Landrum and XYZ Insurance Company, pray that this action proceed in this Court as an action properly removed hereto.

Respectfully submitted,

STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK L.L.P.

s/ David L. Morgan
DAVID L. MORGAN (BAR #27015)
TODD M. AMMONS (BAR #21141)
One Lakeside Plaza, Chase Bldg., 4TH Floor
Post Office Box 2900
Lake Charles, LA  70602
Phone:  (337) 436-9491
Fax  :  (337) 312-2929
Email:        dlmorgan@ssvcs.com


/s/ Christopher E. John
CHRISTOPHER E. JOHN (BAR #18271)
City of Lake Charles,
Assistant City Attorney
Post Office Box 900
Lake Charles, LA  70602
Telephone:   337-491-1523
Facsimile:    337-491-1488
Email:        cjohn@cityoflc.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing pleading has been served upon the following counsel of record:

Wilford D. Carter
Wilford Carter Law, LLC
1025 Mill Street
Lake Charles, LA 70601

by placing same in the United States mail, properly addressed and postage prepaid on this 26th day of June, 2018.

/s/ Christopher E. John
CHRISTOPHER E. JOHN

STATE OF LOUISIANA           :

PARISH OF CALCASIEU          :

CHRISTOPHER E. JOHN, being by me first duly sworn, deposes and says that he is the attorney for City of Lake Charles, LCPD, Chief Shawn Caldwell, Officer Jonathan Landrum and XYZ Insurance Company in this Notice of Removal; and that, all and singular, the allegations of fact therein contained are true and correct to the best of his knowledge, information and belief.

/s/ Christopher E. John
CHRISTOPHER E. JOHN

SWORN TO AND SUBSCRIBED, before me at Lake Charles, Louisiana, on this 26th day of June, 2019.

/s/ Danelle Scimemi
NOTARY PUBLIC
Danelle Scimemi
ID #51303