Asia Briscoe, ET AL

VS. NO. 2019-2446 C

The City of Lake Charles, ET AL

FILED: _____

14TH JUDICIAL DISTRICT COURT

PARISH OF CALCASIEU

STATE OF LOUISIANA

_Carole B. L Bye_
DEPUTY CLERK OF COURT

## IN FORMA PAUPERIS AFFIDAVIT

1. Full Name Asia Briscoe
   Social Security No. [illegible] Date of Birth 02-24-1995 Sex F

2. Address 4249 5th Ave Apt N23  Lake Charles LA 70607
   (Box No. or Street Address)  (City)  (State and Zip Code)

3. Telephone No(s). 337-780-5354 _____
   (Home)  (Work)

4. Are you a student? No  If so, please indicate the name of the school you are attending: _____

5. What is your occupation? Unemployed  Are you employed? No
   Name of your employer _____
   Employer's Address _____  Telephone No. _____
   How long have you been so employed? _____
   If unemployed, list the name of your last employer Leading Health Care
   If unemployed, how long have you been unemployed 2 weeks

6. Income: Weekly Wages $ _____  Monthly Wages $ _____
   Monthly deductions: Federal Income Tax _____  FICA _____
   Other deductions _____
   Any other income _____
   Is your income less than or equal to 125% of the federal poverty level? _____

7. Marital Status:
   Single ✓  Married ___  Separated ___  Divorced ___  Widowed ___  Concubine ___
   How many children do you support who are under 18? 2
   How many children live with you? 2
   Do you have any other dependents? No  State names, ages, and relationship: _____

   Is your spouse employed? _____ If so, please indicate the name of your spouse's employer _____
   Spouse's employer's address _____
   Telephone No. _____  Wages: Weekly $ _____  Monthly $ _____

8. Do you or your spouse receive any of the following income or support? No
   If so, please state the monthly amount: SSI ___  TANF ___  Child support ___
   Disability ___  Workers Comp. ___  Rent Supplement $624.00
   Unemployment benefits ___  Food stamps $378.00

9. Do you own or have an interest in any of the following? (Including community property)
   House ___ Value $ ___ Balance owed $ ___
   Auto ___ Value $ ___ Balance owed $ ___
   Truck ___ Value $ ___ Balance owed $ ___
   Watercraft ___ Value $ ___ Balance owed $ ___
   Livestock ___ Value $ ___ Balance owed $ ___
   Machinery ___ Value $ ___ Balance owed $ ___



EXHIBIT 2



Filing Date: 05/17/2019 12:00 AM
Case Number: 2019-002446
Document Name: FILE PAUPER FACTS
Page Count: 3

Stock _____ Value $ _____ Bonds _____ Value $ _____
Certificates of Deposit _____ Value $ _____
Other immovable property _____ Equity $ _____ Debt $ _____
Bank account _____ Value $ _____
Name and location of bank: _____

10. Please list your monthly expenses:
Rent $125   Lot rent _____   House note _____   Gas _____
Electric $150   Water _____   Telephone $145   Cable $200
Garbage _____   Property taxes _____   House ins. _____   Med. ins. _____
Medical expenses _____   Dental expenses _____   Prescriptions _____
Life ins. _____   Car note $464.00   Car ins. $290   Transportation _____
Food _____   Barber/beauty _____   Entertainment _____   Child support _____
Daycare _____   Cleaning Supplies/toiletries _____   Other _____
Support for children other than those of this marriage _____ Garnishment _____
Credit cards (List type of card and monthly payment)
$ _____
$ _____
$ _____
$ _____
$ _____

Loans (List the financial institution and the amount you pay monthly)
$ _____
$ _____
$ _____
$ _____

TOTAL MONTHLY EXPENSES $ 1,334.00

11. Does anyone regularly help you pay your expenses? Yes  If so, please state that person's name and relationship to you Grandmother- Mona Sims.

Do you have any additional income or assets that are not shown above? No  If so, please explain _____

12. What arrangements have you made to pay your attorney's fee and what amount, if any have you paid? (You are required to answer fully.) One-third of any amount recovered.

13. Has you attorney explained to you that it is a crime punishable by imprisonment to intentionally give a false answer to any of the above questions? Yes.

State of Louisiana
Parish of Calcasieu

BEFORE ME, personally came and appeared Asia Briscoe, who, after being duly sworn, deposed and said that:
(S)he is a citizen of the United States of America and is presently domiciled in and a resident of Louisiana.
(S)he is the person who furnished the information above;
(S)he has signed the petition; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefor.
That the foregoing petition and that all allegations of fact therein contained are true and correct; and that because of his/her poverty and want of means, (s)he is unable to pay the costs of court in advance or as they accrue, nor is (s)he able to provide bond therefor.

_____
Applicant's Signature

Page 2 of 3

## NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs, should judgment be rendered against you, **YOUR STATUS AS A PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS.**

The privilege to proceed *In Forma Pauperis* is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them ro to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding *In Forma Pauperis* if (s)he is entitled to do so.

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public at Lake Charles, Louisiana, this 17th day of May, 2019.

_____
Clothilda Williams
Notary Public #7766
Calcasieu Parish, LA
Commission Expires at Death
NOTARY PUBLIC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### THIRD PARTY AFFIDAVIT

BEFORE ME, personally came and appeared Meagan Hymel who after being sworn, deposed and said that (s)he knows Asia Briscoe well and that (s)he knows that because of his/her poverty and want of means, (s)he is unable to pay the costs of court in advance or as they accrue, nor is (s)he able to provide bond therefor.

_____
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public at Lake Charles, Louisiana, this 17th day of May, 2019.

_____
Clothilda Williams
Notary Public #7766
Calcasieu Parish, LA
Commission Expires at Death
NOTARY PUBLIC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing petition and affidavits:

IT IS HEREBY ORDERED that Asia Briscoe be permitted to prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure Article 5181, without paying the costs in advance or as they accrue or furnishing security therefor.

Signed in chambers this 17 day of May, 2019, in Lake Charles, Louisiana.

_____
JUDGE, 14th JUDICIAL DISTRICT COURT