UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ASIA BRISCOE, as the Natural Tutrix of the minor child, Jon'tavious Lamar Briscoe | CIVIL ACTION NO. 2:19-cv-00827 |
| VERSUS | JUDGE _____ |
| CITY OF LAKE CHARLES, ET AL | MAGISTRATE JUDGE: KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE RESPONSIVE PLEADINGS**

Now come, CITY OF LAKE CHARLES (the City), LAKE CHARLES POLICE DEPARTMENT (LCPD), CHIEF SHAWN CALDWELL (Caldwell), OFFICER JONATHAN LANDRUM (Landrum) and XYZ INSURANCE COMPANY (XYZ), named defendants herein, appearing though the undersigned attorneys, and, pursuant to *Fed. Rules of Civ. Proc. 6(b)*, move to enlarge the time in which to file responsive pleadings, upon respectfully showing the following:

1.

A lawsuit, styled in the above caption, was filed in the 14th JDC for Parish of Calcasieu on May 17, 2019 and defendants were served on June 3, 2019. Defendants removed to United States District Court on June 26, 2019. Responsive pleadings are due on July 3, 2019.

2.

The parties reached a settlement agreement contingent upon approval by the Lake Charles City Council, so time is needed to place issue on the council agenda and obtain council approval. If council approval is obtained, with a minor child involved, the parties will need to seek Court approval of the minor's portion of the settlement. An amicable resolution would of course dispense with need for responsive pleadings.

3.

Consequently, defendants respectfully request an enlargement of time within which to file responsive pleadings to allow time to consummate an amicable resolution, or in the alternative gather all necessary investigative data and prepare appropriate responsive pleadings.

4.

No previous extensions have been requested and, as reflected in the attached Certificate of Conference, opposing counsel is unopposed to this 60 day extension.

5.

In view of the foregoing, movers respectfully request that the date for responsive pleadings be enlarged an additional sixty (60) days through and including September 3, 2019.

WHEREFORE, defendants pray that the Court enlarge the time within which responsive pleadings are to be filed for an additional sixty (60) days through and including September 3, 2019.

Respectfully submitted,

STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK L.L.P.

/s/ David L. Morgan
DAVID L. MORGAN (BAR #27015)
One Lakeside Plaza, Chase Bldg., 4TH Floor
Post Office Box 2900
Lake Charles, LA  70602
Phone:  (337) 436-9491
Fax  :  (337) 312-2929
Email:      dlmorgan@ssvcs.com

/s/ Christopher E. John
CHRISTOPHER E. JOHN (BAR #18271)
City of Lake Charles,
Assistant City Attorney
Post Office Box 900
Lake Charles, LA  70602
Telephone:   337-491-1523
Facsimile:   337-491-1488
Email:       cjohn@cityoflc.us

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on the 27th day of June, 2019, via the ECF system, which sends an electronic copy of the pleading to all counsel of record.

/s/ Christopher E. John
CHRISTOPHER E. JOHN