UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ASIA BRISCOE, as the Natural Tutrix of the minor child, Jon'tavious Lamar Briscoe | CIVIL ACTION NO. 2:19-cv-00827 |
| VERSUS | JUDGE _____ |
| CITY OF LAKE CHARLES, ET AL | MAGISTRATE JUDGE: KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing motion, and the reasons given in support thereof:

IT IS ORDERED that the motion be GRANTED and that defendants, the CITY OF LAKE CHARLES, LAKE CHARLES POLICE DEPARTMENT, CHIEF SHAWN CALDWELL, OFFICER JONATHAN LANDRUM and XYZ INSURANCE COMPANY, shall be and hereby are given an enlargement of time of an additional sixty (60) days within which to file responsive pleadings into the record of the above-captioned proceeding, through and including September 3, 2019.

THUS DONE AND SIGNED at Lake Charles, Louisiana, on this \_\_\_\_\_ day of _____, 2019.

_____
**U. S. MAGISTRATE JUDGE**